SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 1 3 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ABRAHAM DIVINE, #115057**                                          **PETITIONER**

**VERSUS**                                   **CIVIL ACTION NO. 4:08-cv-39-HTW-LRA**

**RONALD KING**                                                      **RESPONDENT**

<u>ORDER</u>

BEFORE the Court is Petitioner's request for habeas corpus relief filed pursuant to 28 U.S.C. § 2254. In compliance with the Administrative Procedures regarding Case Management/Electronic Case Filing (CM/ECF), only the initials of a minor should be used in filed documents. In this case, Petitioner is challenging his conviction for sexual battery of a child, entered by the Lauderdale County Circuit Court. Upon review of the pleadings submitted, this Court has determined that certain attachments to the pleadings should be sealed. Accordingly, it is hereby,

ORDERED that the Clerk of Court is directed to seal the six-page document entitled "REF: STATEMENT OF ABRAHAM DIVINE", which is attached to the Petitioner's pleadings.

IT IS FURTHER ORDERED that the Clerk of Court is directed to seal the copy of Petitioner's one-page indictment, which is attached to his pleadings.

IT IS FURTHER ORDERED that these documents are sealed until further order of the Court.

IT IS FURTHER ORDERED that Petitioner shall only submit redacted pleadings, meaning any documents submitted for filing by the Petitioner should not refer to the minor victim by the

minor's full name, but only by the minor victim's initials or as "victim."

Petitioner is warned that his failure to keep this Court informed of his current address or failure to fully comply with a Court order in a timely manner, will result in the dismissal of this case.

SO ORDERED, the 12th day of May, 2008.

_____
CHIEF UNITED STATES DISTRICT JUDGE