**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ABRAHAM DIVINE**   **PETITIONER**

**vs.**   Civil Action No. 4:08-cv-39 HTW-LRA

**RONALD KING and
STATE OF MISSISSIPPI**   **RESPONDENTS**

## FINAL JUDGMENT

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner, Abraham Divine. This court, having adopted the Report and Recommendation as the order of this court, hereby grants respondents' motion to dismiss and dismisses petitioner's Petition for Writ of Habeas Corpus with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 29th day of July, 2009.**

        **s/ HENRY T. WINGATE
        CHIEF UNITED STATES DISTRICT JUDGE**